## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | | |
|---|---|---|
| DC CONCERT PRODUCTIONS, INC., | * | |
| Plaintiff/Counter-Defendant, | * | Case No. 8:12-CV-00887-PJM |
| v. | * | |
| GREENBRIER HOTEL CORPORATION, | * | |
| Defendant/Counter-Plaintiff. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

Having considered Plaintiff/Counter-Defendant DC Concert Productions, Inc.'s ("DC Concert") Motion for Summary Judgment, Defendant/Counter-Plaintiff Greenbrier Hotel Corporation's ("The Greenbrier") opposition thereto, and oral argument thereon, it is this _____ day of _____, 2013 hereby

ORDERED that DC Concert's Motion for Summary Judgment is hereby GRANTED; and it is further

ORDERED that summary judgment be entered in favor of DC Concert on DC Concert's breach of contract claim in the amount of $_____; and it is further

ORDERED that summary judgment be entered in favor of DC Concert on The Greenbrier's Counterclaim.

_____
The Honorable Peter J. Messitte, United States
District Court Judge for the District of Maryland