IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

DC CONCERT PRODUCTIONS, INC.         *

      Plaintiff,         *

v.         *  Civil Action No.: 12-cv-887-PJM

GREENBRIER HOTEL CORPORATION         *

      Defendant.         *

\* * * * * * * * * * * * *

## ENTRY OF APPEARANCE

Please enter the appearance of Matthew A. Haven of Saul Ewing LLP on behalf of Defendant, Greenbrier Hotel Corporation, in the above-captioned matter.

Respectfully submitted,

*/s/ Matthew A. Haven*

Michelle Lipkowitz (Bar No. 27188)
Jennifer A. DeRose (Bar No. 28374)
Indira K. Sharma (Bar No. 28269)
Matthew A. Haven (Bar No. 18602)
SAUL EWING LLP
500 East Pratt Street
Baltimore, MD 21202
410-332-8875 (phone)
410-332-8186 (facsimile)

Attorneys for Defendant, Greenbrier Hotel Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November, 2013, a copy of the foregoing Entry of Appearance was served electronically to: James B. Astrachan, Esquire, Julie R. Rubin, Esquire and Christopher J. Lyon, Esquire, Astrachan Gunst Thomas Rubin, P.C., 217 E. Redwood Street, Suite 2100, Baltimore, Maryland 21202.

_____
Matthew A. Haven