# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DC CONCERT PRODUCTIONS, INC., | * | |
| Plaintiff, | * | Case No. 8:12-CV-00887-PJM |
| v. | * | |
| GREENBRIER HOTEL CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, in accordance with Federal Rule of Civil Procedure 41, hereby stipulate that Plaintiff's Complaint against Defendant be dismissed, with prejudice, with each party to bear their own costs.

Respectfully submitted,   Respectfully submitted,

 /s/ Christopher J. Lyon
James B. Astrachan, Bar No. 03566
Christopher J. Lyon, Bar No. 27443
ASTRACHAN GUNST THOMAS, P.C.
217 East Redwood Street, Suite 2100
Baltimore, Maryland 21202
Telephone: 410.783.3550
Facsimile: 410.783.3530
jastrachan@agtlawyers.com
clyon@agtlawyers.com
*Attorneys for Plaintiff,*
*DC Concert Productions, Inc.*

 /s/ Michelle Lipkowitz
Michelle Lipkowitz, Bar No. 27188
Jennifer A. DeRose, Bar No. 28374
Saul Ewing, LLP
500 East Pratt Street
Baltimore, MD 21202
410.332.8930 telephone
410.332.8191 facsimile
mlipkowitz@saul.com
jderose@saul.com

 /s/ Eric E. Kinder
Eric E. Kinder, Esq. (*Pro Hac Vice*)
Spilman Thomas & Battle, PLLC
300 Kanawah Boulevard, East (25301)
P.O. Box 273
Charleston, WV 25321-0273
304.340. 3893 telephone
ekinder@spilmanlaw.com
*Attorneys for Defendant,*
*Greenbrier Hotel Corporation*